IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LA TIDTUS JONES                                                                                    PLAINTIFF

v.                                                                                    No. 2:12CV151-NBB-DAS

JAMES MOORE, ET AL.                                                                           DEFENDANTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the motion by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants. As the court has found that instant case was filed with malice, it counts as a **"STRIKE"** under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 7th day of October, 2014.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE